

FILED

08/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0149

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0149

MARK S. IBSEN, M.D.,

      Appellant,

v.

MONTANA STATE BOARD OF MEDICAL EXAMINERS,

      Appellee.

FILED

AUG 1 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellee is given an extension of time until September 13, 2021, to prepare, file, and serve its response brief.

DATED this \_\_\_12th\_\_\_ day of August 2021.

BOWEN GREENWOOD
Clerk of the Supreme Court

**GRANT OF EXTENSION**